TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: 916-704-2665
timzindel@gmail.com

Attorney for Defendant
VICTOR GABRIEL SANTIESTEBAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:99-CR-0254-WBS |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER** <br> ) **EXONERATING BOND** |
| VICTOR SANTIESTEBAN, | ) |
| Defendant. | ) Judge:  Hon. Chi Soo Kim |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Victor Gabriel Santiesteban, that the bond ordered to secure Mr. Santiesteban's pretrial release may be ordered exonerated and the property deeded to the United States be reconveyed.

Mr. Santiesteban was arrested on the above indictment on October 22, 1999.  ECF 14.  He was ordered released on December 21, 1999, ECF 24, submitted an appraisal, ECF 25, and filed a recorded Deed of Trust (#1999-0092909) to secure his release, using property at 24646 Ave 92, Terra Bella, California, ECF 28.

-1-

The Court dismissed the indictment against Mr. Santiesteban on November 9, 2001, terminating the case, ECF 66, but the bond was not exonerated. Mr. Santiesteban contacted undersigned defense counsel on July 18, 2025, to request that the lien against the property be lifted. The parties agree that it should be and ask the Court to exonerate the bond and direct the Clerk to reconvey the property.

Respectfully Submitted,

Dated: July 23, 2025          */s/ T. Zindel*
                              TIMOTHY ZINDEL
                              Attorney for VICTOR SANTIESTEBAN

                              KIM SANCHEZ
                              Acting United States Attorney

Dated: July 23, 2025          */s/ T. Zindel for R. Abendroth*
                              ROBERT ABENDROTH
                              Assistant U.S. Attorney

**O R D E R**

The above bond is hereby exonerated and the Clerk is directed to reconvey the property forthwith.

IT IS SO ORDERED.

Dated: July 23, 2025          _____
                              HON. CHI SOO KIM
                              United States Magistrate Judge